AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
JUL 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _EF_ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| RAUL SANCHEZ, JR. | CASE NUMBER: 08CR2476-JAH |

I, <u>RAUL SANCHEZ, JR.</u>, the above named defendant, who is accused of committing the following offense:

Importation of Cocaine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___7-24-08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x Raul Jr. Sanchez
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

Translated by Francisco Young